# Exhibit 2

## U.S. Patent No. 6,724,241 ("'241 Patent")

**Accused Products**

   Western Digital products with SanDisk/Toshiba 64L 3D NAND flash chips, including without limitation the WD Ultrastar SN630 WUS3BA196C7P3E3 ("Accused Products"), infringe at least Claim 1 of the '241 Patent.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| 1[pre]. A charge pump circuit for generating a charge pump voltage having minimal voltage ripples, comprising: | To the extent the preamble is limiting, each Accused Product includes a charge pump circuit for generating a charge pump voltage having minimal voltage ripples.<br><br>For example, the WD Ultrastar SN630 WUS3BA196C7P3E3includes the charge pump circuit of the SanDisk/Toshiba 3D NAND flash chip, die identifier FRN1256G.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
| |  |

Source: TechInsights Deep Dive Teardown, WD Ultrastar SN630 WUS3BA196C7P3E3

| Claim 1 | Accused Products |
|---|---|
|  | <br><br>VHA1<br>VHA2<br><br>A charge pump circuit<br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3 Charge Pump System |

| Claim 1 | Accused Products |
|---|---|
| |  having minimal voltage ripples<br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3 Charge Pump System |

| Claim 1 | Accused Products |
|---------|------------------|
| | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8 Charge Pump Block 5 |

| Claim 1 | Accused Products |
|---------|------------------|
| | **Charge pump output voltage VHA2** is provided to high voltage switches to selectively drive PNWELL.<br><br><br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.5.17.3 PNWELL Voltage Selector |

| Claim 1 | Accused Products |
|---|---|
| | **Charge pump output voltage VHA1** is provided to high voltage switches to selectively drive wordline circuits.<br><br><br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 4.2.1 Wordline Voltage Switch Block 1 |
| 1[a] a pumping circuit comprising one or more stages operable to receive a supply voltage and generate a selected one of a plurality of pump voltages; | Each Accused Product includes a pumping circuit comprising one or more stages operable to receive a supply voltage and generate a selected one of a plurality of pump voltages.<br><br>For example, in the pumping circuit, 1, 2, or 3 main stages can be enabled for operation. Supply voltage can be selected from external VCC or internally generated pumped voltages VHBL or VHB1. VHA2 is provided to a level detector which suspends pump clocks when a desired level is reached. VHA2 is scaled by a fixed ratio voltage divider (Voltage Divider 2). It is then compared (using Amplifier 12) to an adjustable reference voltage (generated by Reference Voltage Regulator). A 4-bit digital code CF(75:72) adjusts the output reference voltage by shorting out |

7

| Claim 1 | Accused Products |
|---|---|
|  | resistors in a resistor divider, thereby providing programmable pump output voltage levels on VHA1 and VHA2. A comparator (Amplifier 12) compares the scaled VHA2 to the programmable reference voltage. If the scaled VHA2 exceeds the programmable reference voltage, output VHA_LDET3 transitions from 1 to 0 to stop further pumping. VHA_CK2 and VHA_CK2* drive the middle stage of the pumping circuit. VHA_PH2 non-overlapping clocks drive Charge Pump 13. When VHA_PH2 clocks are suspended the pump stops operating so that VHA1 is limited to the voltage set by the level detector.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
| | <br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8 Charge Pump Block 5 |

| Claim 1 | Accused Products |
|---|---|
| | 
Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8.6  Voltage Switch 55 |

| Claim 1 | Accused Products |
| --- | --- |
| |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8 Charge Pump Block 5 |

| Claim 1 | Accused Products |
|---|---|
|  |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8.14 Charge Pump 13 |

| Claim 1 | Accused Products |
|---|---|
|  |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8.14 Charge Pump 13 |

| Claim 1 | Accused Products |
|---------|------------------|
|         |  **and generate a selected one of a plurality of pump voltages (VHA1, VHA2)**<br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14 Charge Pump Block 4 |

| Claim 1 | Accused Products |
|---|---|
| |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.1 Voltage Switch 51 |

| Claim 1 | Accused Products |
|---|---|
| |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14 Charge Pump Block 4 |

| Claim 1 | Accused Products |
|---|---|
|  | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.5.3 Voltage Divider 2; Figure 7.3.14.5 Level Detector 6 |

| Claim 1 | Accused Products |
|---------|------------------|
|  |  **and generate a selected one of a plurality of pump voltages (VHA_LDVREF)** <br><br> Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.5 Level Detector 6 |

| Claim 1 | Accused Products |
|---|---|
| | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.5.5 Reference Voltage Regulator |

| Claim 1 | Accused Products |
|---------|------------------|
|         | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.5 Level Detector 6 |

| Claim 1 | Accused Products |
|---------|------------------|
|         |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.5 Level Detector 6 |

| Claim 1 | Accused Products |
|---|---|
|  |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.6 Charge Pump Clock Generator 2 |

| Claim 1 | Accused Products |
|---------|------------------|
| |  |
| | Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14 Charge Pump Block 4 |

| Claim 1 | Accused Products |
|---|---|
| | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8 Charge Pump Block 5 |

| Claim 1 | Accused Products |
|---|---|
|  |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14 Charge Pump Block 4 |

| Claim 1 | Accused Products |
|---|---|
| | Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8 Charge Pump Block 5 |

| Claim 1 | Accused Products |
|---|---|
| | <br><br>**and generate a selected one of a plurality of pump voltages**<br><br>VHA_CK2<br>VHA_CK2*<br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8.14 Charge Pump 13 |

| Claim 1 | Accused Products |
|---|---|
| | 
Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8.12.6  Non-Overlapping Clock Generator 6 |

| Claim 1 | Accused Products |
|---------|------------------|
|  | <br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8.14 Charge Pump 13 |

| Claim 1 | Accused Products |
|---|---|
| |  **and generate a selected one of a plurality of pump voltages** Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8.14 Charge Pump 13 |
| 1[b] a plurality of loads selectively coupleable to an output of the pumping circuit, | Each Accused Product includes a plurality of loads selectively coupleable to an output of the pumping circuit, each load associated with a specific pump voltage. |

| Claim 1 | Accused Products |
|---------|------------------|
| each load associated with a specific pump voltage; and | For example, VHA2 is an output of the pumping circuit. A plurality of loads (contained within Current Sink 2) can be selectively coupled to an output of the pumping circuit (for example VHA2). VHA2 is connected to pumping circuit output VHA1 through Voltage Switches 59 and 60. VHA1 is connected to wordline decoders during read or program operations. Read, program and erase operations require different voltages. Each load is associated with a specific pump voltage to carry out these functions. *See, e.g.*:  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14 Charge Pump Block 4 |

| Claim 1 | Accused Products |
|---|---|
|  | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.8 Charge Pump Block 5 |

| Claim 1 | Accused Products |
|---|---|
| |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.9 Current Sink 2 |

| Claim 1 | Accused Products |
|---|---|
| |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.5.17.3 PNWELL Voltage Selector |

| Claim 1 | Accused Products |
|---|---|
| | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 4.2.1 Wordline Voltage Switch Block 1 |
| 1[c] a load selector means for selectively coupling a load associated with a specific pump voltage to the output of said pumping circuit | Each Accused Product includes a load selector means for selectively coupling a load associated with a specific pump voltage to the output of said pumping circuit.<br><br>For example, the highlighted transistors below and their respective gate control signals form a load selector means. The output signal VHA_LDET4 from Level Detector 6 forms part of the load selector means. For example, the gate control signals are generated in part by a charge pump control signal (VHA_CTL1). This 3 bit value selectively couples a load associated with a specific pump voltage.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---------|------------------|
|         | <br><br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.5 Level Detector 6 |

| Claim 1 | Accused Products |
|---------|------------------|
|  |  Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.9 Current Sink 2 |

| Claim 1 | Accused Products |
|---|---|
| | <br>Source: TechInsights CircuitVision Analysis of the Sandisk/Toshiba 05138_064G 3D NAND Flash, Figure 7.3.14.9 Current Sink 2 |