# Exhibit 4

## U.S. Patent No. 6,920,527 ("'527 Patent")

### Accused Products

Western Digital products including those that have a Marvell SSD controller, including without limitation the Sandisk Ultra 3D SSD ("Accused Products") infringe at least Claim 1 of the '527 Patent.

### Claim 1

| Claim 1 | Accused Products |
|---|---|
| 1[pre]. A portable memory apparatus, comprising: | To the extent the preamble is limiting, each Accused Product is a portable memory apparatus.<br><br>For example, the Sandisk Ultra 3D SSD is a memory apparatus that is portable.<br><br>*See, e.g.*:<br><br> |

1

| Claim 1 | Accused Products |
|---|---|
|  | Source: https://shop.westerndigital.com/products/internal-drives/sandisk-ultra-3d-sata-iii-ssd#SDSSDH3-250G-G25 (last visited June 11, 2021)<br><br><br><br>Source: https://shop.westerndigital.com/products/internal-drives/sandisk-ultra-3d-sata-iii-ssd#SDSSDH3-250G-G25 (last visited June 11, 2021) |

2

| Claim 1 | Accused Products |
|---|---|
| 1[a] a housing; | Each Accused Product includes a housing.<br><br>For example, the Sandisk Ultra 3D SSD includes a housing on the outside of the device that houses components of the SSD, including the memory controller, volatile memory, and non-volatile memory (discussed in further detail below).<br><br>*See, e.g.*:<br><br><br><br>Source: https://shop.westerndigital.com/products/internal-drives/sandisk-ultra-3d-sata-iii-ssd#SDSSDH3-250G-G25 (last visited June 11, 2021) |
| 1[b] a memory controller comprised in the housing; | Each Accused Product includes a memory controller comprised in the housing.<br><br>For example, the Sandisk Ultra 3D SSD includes a Marvell Semiconductor memory controller that is comprised in the housing. |

| Claim 1 | Accused Products |
|---|---|
| | *See, e.g.*:<br><br>Source: TechInsights, Deep Dive Teardown of the SanDisk Ultra 3D SSD |
| 1[c] a volatile memory coupled to said memory controller comprised in the housing; | Each Accused Product includes a volatile memory coupled to the memory controller comprised in the housing.<br><br>For example, the Sandisk Ultra 3D SSD includes DDR3 SDRAM memory coupled to the memory controller comprised in the housing.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
| | <br><br>Source: TechInsights, Deep Dive Teardown of the SanDisk Ultra 3D SSD |
| 1[d] a non-volatile memory coupled to said memory controller comprised in the housing; | Each Accused Product includes a non-volatile memory coupled to said memory controller comprised in the housing.<br><br>For example, the SanDisk Ultra 3D SSD includes flash memory coupled to the memory controller comprised in the housing.<br><br>*See, e.g.*: |

5

| Claim 1 | Accused Products |
|---|---|
| | <br>Source: TechInsights, Deep Dive Teardown of the SanDisk Ultra 3D SSD |
| 1[e] a connector positioned on the housing, wherein said connector couples said portable memory apparatus to a computer system when said connector is plugged into said computer system; and | Each Accused Product includes a connector positioned on the housing, wherein the connector couples the portable memory apparatus to a computer system when said connector is plugged into the computer system.<br><br>For example, the SanDisk Ultra 3D SSD includes a SATA connector that is positioned on the housing of the SSD. That connector couples the SSD to a host computer when the connector is plugged into the host computer. |

| Claim 1 | Accused Products |
|---|---|
| | *See, e.g.*:<br><br>Source: TechInsights, Deep Dive Teardown of the SanDisk Ultra 3D SSD |

| Claim 1 | Accused Products |
|---|---|
|  |  |

| Claim 1 | Accused Products |
|---|---|
| | Source: https://shop.westerndigital.com/products/internal-drives/sandisk-ultra-3d-sata-iii-ssd#SDSSDH3-250G-G25 (last visited June 11, 2021)<br><br>**Full Specifications    –**<br><br>Capacity — 250 GB<br>Interface — SATA III<br>Connector — SATA<br>Dimensions (L x W x H) — 0.28" x 3.96" x 2.74"<br>Sequential Read Performance — 550MB/s<br>Sequential Write Performance — 525MB/s<br><br>Source: https://shop.westerndigital.com/products/internal-drives/sandisk-ultra-3d-sata-iii-ssd#SDSSDH3-250G-G25 (last visited June 11, 2021) |
| 1[f] wherein, when said connector couples said portable memory apparatus to said computer system, said memory controller chip copies data from said non-volatile memory to said volatile memory, and said computer system accesses said data in said volatile memory through said connector. | In each Accused Product, when the connector couples the portable memory apparatus to the computer system, the memory controller chip copies data from non-volatile memory to volatile memory, and the computer system accesses that data in the volatile memory through the connector.<br><br>For example, when the SanDisk Ultra 3D SSD is connected to a host computer system through the connector, the SSD copies the contents of the non-volatile flash memory into the volatile memory, and the host computer system then accesses the contents of the volatile memory through the connector.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
|  |  Source: TechInsights, Deep Dive Teardown of the SanDisk Ultra 3D SSD |

| Claim 1 | Accused Products |
|---|---|
|  | In the Ultra 3D SSD, SanDisk has used its own 64-layer 3D TLC in combination with a Marvell 88SS1074 controller. This third-party controller is also used in other SSDs, but SanDisk allegedly uses its own firmware.<br><br><br><br>Source: https://www.gamingpcbuilder.com/product/sandisk-ultra-3d-2-5-sata/ (last visited June 11, 2021) |